# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. SHELTON, | CASE NO. 1:08-cv-00562-LJO-GSA PC |
|     Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE |
|     v. | (Doc. 1) |
| ERNIE MURO, et al., | |
|     Defendants. | |

Plaintiff Michael S. Shelton ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2008, Plaintiff filed this civil rights action and a petition for writ of habeas corpus.[1]

Plaintiff is seeking to impose liability on the named defendants for violating his rights with respect to parole conditions. The violation of those conditions led to the sentence Plaintiff is current serving. A federal petition for writ of habeas corpus concerns whether a petitioner is in custody in violation of the Constitution. 28 U.S.C. § 2254(a). "[A] state prisoner's § 1983 action is barred (absent prior invalidation) - no matter the relief sought (damages or equitable relief), no matter the target of the prisoner's suit (state conduct leading to conviction or internal prison proceedings) - *if* success in that action would necessarily demonstrate the invalidity of confinement or its duration." Wilkinson v. Dotson, 544 U.S. 74, 81-2, 125 S.Ct. 1242, 1248 (2005). Plaintiff may not proceed at this time in a civil rights suits. His sole remedy is via a petition for writ of habeas corpus.

///

Accordingly, this action is HEREBY DISMISSED, without prejudice. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

**Dated:   May 1, 2008**               /s/ Lawrence J. O'Neill

---

[1] The Court takes judicial notice of case number 1:08-cv-00563-AWI-DLB HC Shelton v. CDCR, et al.

1

1                                       UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28